IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:15-CV-94-BO

| | | |
|---|---|---|
| HYOSUNG MOTORS AMERICA, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES B. ANGELL, CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Appellee. | ) | |

In accordance with the parties' Stipulation of Dismissal filed on May 20, 2015 [DE 3] and Rule 8023 of the Federal Rules of Bankruptcy Procedure, this bankruptcy appeal is dismissed with prejudice. Pursuant to the Stipulation of Dismissal, the parties will be responsible for their respective attorney's fees, and any other costs incurred in this bankruptcy appeal shall be borne by the appellant.

This the 20th day of July, 2015.

for _____
JULIE RICHARDS JOHNSTON, CLERK